UNITED SATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Deborah A. Senese | ) | NO. 18 bk 34137 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | HON. PAMELA S. HOLLIS |

## ORDER AND NOTICE SETTING SECTION 329 EXAMINATION

**TO:  Thomas F. Godfrey**

P.O. Box 289
Michigan City, IN 46360

At Joliet, Illinois in said District and Division on the 1st of March 2019.

   IT IS ORDERED AND YOU ARE NOTIFIED that the court has entered an order setting a hearing pursuant to Sec. 329 of the Bankruptcy Code and Bankruptcy Rule 2017 to examine into the above named debtors' transactions with you as the debtor's attorney. The hearing will be held before the undersigned Bankruptcy Judge, 150 WEST JEFFERSON STREET 2ND FLOOR, JOLIET, IL.60432, on **FRIDAY APRIL 5, 2019 AT 11:30 O'CLOCK A.M. YOU ARE ORDERED TO ATTEND THE HEARING.**

   YOU ARE FURTHER NOTIFIED that failure to appear at the hearing may result in an order being entered directing that you as debtor's attorney, forthwith turnover and deliver to one of the following: the debtor or the Standing Trustee, all or any part of the compensation heretofore received by you as such attorney. YOU ARE FURTHER NOTIFIED that failure to appear at the hearing may result in the ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION being notified of your conduct in this case.

ENTER:

MAR - 1 2019

/s/ Pamela S. Hollis
-------------------------------------------
Chief Bankruptcy Judge
Pamela S. Hollis

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

CASE NUMBER: 18 bk 34137
CASE NAME: Deborah A. Senese

I, Shante Boyd, Relief Courtroom Deputy to the Honorable Pamela S. Hollis do hereby certify on the 4th day of March, 2019, caused to be served electronic court notification or via First Class mail (**) on or by a true and correct copy of : ORDER AND NOTICE SETTING SECTION 329 EXAMINATION dated 3/01/2019 to each of the following named individuals:

**Thomas F Godrey** (**)
P.O. Box 289
Michigan City, IN 46360

**Deborah A. Sen**ese (**)
2653 Lawrence Ave
Lockport, IL 60441

Glenn B. Stearns

801 Warrenville Road Suite 650

Lisle, IL 60532
stearns_g@lisle13.com

Patrick S. Layng

Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

ustrpregion11.ES.ECF@usdoj.gov

_Shante Boyd_
Shante Boyd
Relief Courtroom Deputy